**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 14 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

vs.

INFORMATION

NO. 1:20-CR-3-GNS

18 U.S.C. § 1956(h)

H. HARRIS PEPPER, JR.

The United States Attorney Charges:

### COUNT 1
*(Money Laundering Conspiracy)*

From in or about and between 2008 through 2016, in the Western District of Kentucky, Warren County, and elsewhere, the defendant, **H. HARRIS PEPPER, JR.**, did knowingly combine, conspire, and agree with D.B. to commit offenses against the United States in violation of Title 18, United States Code, Sections 1956, to wit:

(a) to knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is transmission of wagering information in violation of title 18, United States Code, Section 1084, with the intent to promote the carrying on of specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

(b) to knowingly conduct and attempt to conduct financial transactions affecting

interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity, that is, transmission of wagering information in violation of Title 18, United States Code, Section 1084, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

The manner and means used to accomplish the objectives of the conspiracy included, among others, the following:

A. In 2008, D.B. purchased a percentage of ownership of Hard Six, LLC, by providing $125,000 in cash to **PEPPER**. Hard Six owned real estate and buildings that it leased to Dollar General Store, Inc. Both **PEPPER** and D.B. knew portions of the proceeds invested by D.B. were proceeds of a specified unlawful activity. **PEPPER** did not document or record D.B. as an owner in Hard Six to conceal D.B.'s involvement in the transaction.

B. In about 2010, D.B. attempted to purchase a percentage of ownership of an apartment complex on Louisville Road in Bowling Green, Kentucky, by providing $90,000 in cash to **PEPPER**. Both **PEPPER** and D.B. knew portions of the proceeds invested were proceeds of a specified unlawful activity. **PEPPER** did not document or record D.B. as an owner in the apartment complex to conceal D.B.'s involvement in the transaction.

C. From in or about 2009 through 2016, D.B. purchased and maintained a percentage

of ownership of HAAM Investments, LLC, by providing approximately $250,000 in cash to **PEPPER**. HAAM Investments was created and used for purchasing an apartment complex in Russellville, Kentucky. Both **PEPPER** and D.B. knew portions of the proceeds invested were proceeds of a specified unlawful activity. **PEPPER** transferred his ownership of HAAM Investments in July of 2009. As part of the conspiracy, but not known to **PEPPER**, on August 19, 2016, D.B. sold his ownership interest of HAAM Investments and received a $160,000 check payable to B.B. from HAAM Investments. **PEPPER** did not document or record D.B. as an owner in HAAM Investments to conceal D.B.'s investment in the transaction.

D.   From in or about 2010 through 2016, D.B. purchased and maintained an ownership interest in MYP Properties by providing approximately $200,000 in cash and relief from gambling debt to **PEPPER**. MYP Properties was created to own and operate apartment complexes. Both **PEPPER** and D.B. knew portions of the proceeds invested were proceeds of a specified unlawful activity. In April of 2016, **PEPPER** gave D.B. approximately $59,436 in cash as a return on his investment. In addition, in April 2016 **PEPPER** wrote a check for $20,000 payable to Kentucky Aviation Partners for the benefit of D.B. **PEPPER** did not document or record D.B. as an owner of MYP Properties to conceal D.B.'s involvement in the transaction.

All in violation of Title 18, United States Code, Section 1956(h).

RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:BRC: 011520

UNITED STATES OF AMERICA v. H. Harris Pepper, Jr.

## PENALTIES

Count 1: NM 20 yrs./$500,000/both/NM 3 yrs. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:   Clerk, U.S. District Court
              106 Gene Snyder U.S. Courthouse
              601 West Broadway
              Louisville, KY  40202
              502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:    Clerk, U.S. District Court
              126 Federal Building
              423 Frederica
              Owensboro, KY  42301
              270/689-4400

PADUCAH:      Clerk, U.S. District Court
              127 Federal Building
              501 Broadway
              Paducah, KY  42001
              270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.