

# Case Assignment
## Standard Criminal Assignment

Case number **1:20CR-3-GNS**

Assigned : Chief Judge Greg N. Stivers
Judge Code : 4416

Assigned on 2/14/2020 4:07:32 PM
Transaction ID: 30341

Request New Judge    Return