**FILED**
VANESSA L. ARMSTRONG, CLERK

FEB 14 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA          PLAINTIFF

v.                                1:20-cr-3-GNS

H. HARRIS PEPPER, JR.             DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Bryan R. Calhoun hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Bryan R. Calhoun
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 625-7064
FAX:   (502) 582-5067
Email: bryan.calhoun@usdoj.gov