UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  PLAINTIFF,<br><br>v.<br><br>H. HARRIS PEPPER, JR.,<br><br>  DEFENDANT. | CIVIL ACTION NO. 1:20-CR-3-GNS<br><br>*Electronically Filed* |

## NOTICE OF ENTRY OF APPEARANCE

  Marc S. Murphy and Joshua F. Barnette of the law firm Stites & Harbison, PLLC, hereby enter their appearance of record on behalf of the Defendant H. Harris Pepper, Jr.

           Respectfully submitted,

           STITES & HARBISON, PLLC


           */s/ Marc S. Murphy*
           Marc S. Murphy
           mmurphy@stites.com
           400 West Market Street, Ste. 1800
           Louisville, KY  40202-3352
           (502) 587-3400

           Joshua F. Barnette
           jbarnette@stites.com
           250 West Main Street, Ste. 2300
           Lexington, KY  40507-1758
           (859) 226-2300

           Counsel for Defendant, H. Harris Pepper, Jr.

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:  Bryan R. Calhoun, Assistant United States Attorney, 717 West Broadway, Louisville, Kentucky 40202.

                                                   */s/ Marc S. Murphy*